IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Samantha Mountford, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:19cv530 |
| LTD, Inc., et al. | ) |
| Defendants. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on 4/16/20 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Defendants LTD, Inc. and FCA US, LLC and against Plaintiffs Samantha Mountford and Darrin Illges.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Kathy Lau
Deputy Clerk

Dated: 4/16/20
Alexandria, Virginia