IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| DARRIN ILLGES and SAMANTHA MOUNTFORD, <br> Plaintiffs, <br> v. <br> FCA US, LLC and LTD, Inc., <br> Defendants. | Case No. 1:19-cv-00530 |

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

Pursuant to Federal Rule of Appellate Procedure 3, Plaintiffs, DARRIN ILLGES ("Mr. Illges") and SAMANTHA MOUNTFORD ("Ms. Mountford") (collectively, "Plaintiffs"), give notice that they hereby appeal to the United States Court of Appeals for Fourth Circuit the following:

The granting of Defendant's Motion for Summary Judgment by Order of the United States District Court for the Eastern District of Virginia on April 16, 2020.

The Denial of Plaintiff's Motion to Alter Judgment by Order of the United States District Court for the Eastern District of Virginia on June 4, 2020.

The parties to the judgment and orders appealed taking the appeal and the names and addresses of their attorney is as follows:

Plaintiffs:                          Darrin Illges
                                     Samantha Mountford

Plaintiffs' counsel:                 Stephen P. Pierce, Esq.
                                     Tyler J. Blaser, Esq.
                                     4110 University Drive
                                     Second Floor
                                     Fairfax, VA 22030

| | |
|---|---|
| Defendants: | FCA US, LLC |
| | LTD, Inc. |
| Defendants' counsel: | Anthony M. Conti, Esq. |
| | Lindsey Ann Thomas, Esq. |
| | 36 South Charles Street, Suite 2501 |
| | Baltimore, M 21201 |

Dated: July 2, 2020

                                      DARRIN ILLGES
                                      SAMANTHA MOUNTFORD.
                                      By Counsel.

SUROVELL ISAACS & LEVY PLC

By:       /s/ Stephen P. Pierce
       Stephen P. Pierce, Esquire, VSB #84999
       Tyler J. Blaser, Esquire, VSB #90566
       4010 University Drive, 2nd Floor
       Fairfax, Virginia 22030
       Telephone 703.251.5400
       Facsimile 703.591.9285
       Email SPierce@surovellfirm.com
       Email TBlaser@SurovellFirm.com
       *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2020 I will electronically file the foregoing with the Clerk of this Court using the CM/ECF system, which send a notification of such filing to:

Anthony M. Conti, Esquire
Lindsey Ann Thomas, Esquire
CONTI FENN & LAWRENCE PLLC
36 South Charles Street, Suite 2501
Baltimore, M 21201
Phone (410) 837-6999
Facsimile (410) 510-1647
e-mail: tony@lawcfl.com
lindseyann@contifenn.com
*Attorneys for Defendants FCA US LLC and LTD, Inc.*

                        /s/ Stephen P. Pierce
                            Counsel