FILED: September 9, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1729
(1:19-cv-00530-LO-JFA)
_____

SAMANTHA MOUNTFORD; DARRIN ILLGES

    Plaintiffs - Appellants

v.

LTD, INC.; FCA US, LLC

    Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the notice of voluntary dismissal, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk